UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------X

**RALPHIE ST. PIERRE**,

                  Plaintiff,

        - against -

**CITY OF NEW YORK**, et al.

                  Defendants.

26 Civ. 2602 (PAE) (GS)

**<u>ORDER</u>**

------------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendants City of New York and New York City Department of Corrections.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If, within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiff may receive court documents by email by completing the form,

Consent to Electronic Service.[2]

**SO ORDERED.**

DATED:    New York, New York
          April 2, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.