UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH ST. PIERRE,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK *et al.*,<br><br>Defendants. | 26 Civ. 2602 (PAE) (GS)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 26, 2026, the City of New York filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 15. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. On September 28, 2026, the Court adopted an amended version of the City's proposed briefing schedule, to permit plaintiff 21 days to amend the complaint or oppose the motion to dismiss. Dkt. 14.

Consistent with the briefing schedule adopted at Dkt. 14, it is hereby ORDERED that plaintiff shall file any amended complaint by November 25, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by December 16, 2026, the City shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by November 25, 2026. A reply from the City shall be

[1] If the City files a new motion to dismiss or relies on its previous motion, an opposition from plaintiff will be due 14 days thereafter, and a reply from the City will be due seven days after that.

served by December 9, 2026. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2026
New York, New York